# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1594

VERSUS

MATTHEW POWELL

**MARCH 14, 2022**

---

In Re:    Matthew Powell, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 19-01661.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion to Amend Sentence to Receive Concurrent Imposition" filed May 27, 2021, if it has not already done so.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT